JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BAUTISTA, ) | Case No. CV 14-6148-KK |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this action is REMANDED for further administrative proceedings.

Dated: September 2, 2015

_____

HON. KENLY KIYA KATO
United States Magistrate Judge